No. 3655.—ROYAL BANK OF CANADA, aplda., *v.* GOICO ET AL., apltes.—C. D. Ponce. Mar. 10, 1926. Vista la moción levantando la cuestión de falta de jurisdicción presentada por la demandante-apelada y apareciendo de la certificación acompañada y de los autos que la moción sobre reconsideración de los apelantes fué radicada más de 10 días después de dictada la sentencia cuya reconsideración se solicita y después de archivada la sentencia en la corte de distrito y de presentado por la apelada un memorándum de costas que fué impugnado por los apelantes, y visto además el tomo 2 de Ruling Case Law, página 175, párrafo 150, se deja sin efecto la resolución de esta corte de julio 22, 1925, y *se confirma* la sentencia apelada.

No. 2669.—EL PUEBLO, apldo., *v.* CORTÉS, aplte.—C. D. Aguadilla. Infracción art. 553 del Código Penal. Mar. 10, 1926. Revocada la sentencia apelada y absuelto el acusado por no ser suficiente la prueba de cargo aportada para declarar su culpabilidad.

No. 2680.—EL PUEBLO, apldo., *v.* CEFERINO, aplte.—C. D. Humacao. Delito contra natura. Mar. 10, 1926. Siendo el único error alegado que la acusación no contiene hechos suficientes para determinar un delito público, apareciendo que dicha acusación sigue las palabras del estatuto siendo por tanto suficiente y que en ella se alega haberse cometido un delito en la persona de Julio Rosa que es nombre de varón; visto el caso de *People* v. *Carroll,* 1 Cal. App. 2, y los de *People* v. *Terry,* 127 Cal. 99, *Louis* v. *State,* 36 Texas Criminal Rep. 37; 61 Am. St. Rep. 831, 35 S. W. 372, y *People* v. *Williams,* 59 Cal. 397; y apareciendo que no se ha cometido error fundamental alguno, se confirma la sentencia apelada.